William D. POWELL, Plaintiff–
Appellant,

v.

U.S. GOVERNMENT; Todd, Judge
Todd; Jones, Judge Jones; Norris,
Judge Norris; Suhrheinrich, Judge
Suhrheinrich, Defendants–Appellees.

No. 00–16511.

D.C. No. CV–00–05265–REC.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and
FISHER, Circuit Judges.

MEMORANDUM **

William D. Powell appeals pro se the
district court's order dismissing pursuant
to Fed.R.Civ.P. 12(b)(6) his action alleging
that judges of the United States District
Court for the Western District of Tennes-
see and of the Sixth Circuit Court of Ap-
peals violated his civil rights in adjudicat-
ing a prior action brought by Powell. We
have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review de novo a dismissal for
failure to state a claim, *Kimes v. Stone,* 84
F.3d 1121, 1126 (9th Cir.1996), and we
affirm.

Dismissal was proper because the dis-
trict court lacked jurisdiction to review a
final decision of another United States Dis-
trict Court, *see* 28 U.S.C. § 1294, or of a
United States Court of Appeal, *see* 28
U.S.C. § 1254. Further, Powell's allega-
tions, even if true, do not deprive the
defendants of absolute judicial immunity.
*See Moore v. Brewster,* 96 F.3d 1240,
1243–44 (9th Cir.1996).

AFFIRMED.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.